FILED

FEB 27 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  TRACIE L. BROWN (CSBN 184339)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, CA 94102
      Telephone: (415) 436-6917
7     Facsimile:  (415) 436-7234

8  Attorneys for Plaintiff

9                 UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12

13 UNITED STATES OF AMERICA,      )   No. CR 06-0069 CRB
                                  )
14       Plaintiff,               )   [PROPOSED] ORDER AND STIPULATION
                                  )   EXCLUDING TIME FROM FEBRUARY 13
15    v.                          )   TO MARCH 8, 2006 FROM THE SPEEDY
                                  )   TRIAL ACT CALCULATION
16 TYESHIA BORELA,                )   (18 U.S.C. § 3161(h)(8)(A))
                                  )
17       Defendant.               )
                                  )

18

19      The parties appeared before the Court on February 13, 2006. With the agreement of the
20 parties, and with the consent of the defendant, the Court enters this order (1) scheduling a hearing
21 date of March 8, 2006, before the Honorable Charles R. Breyer; and (2) documenting the
22 exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from February 13,
23 2006 to March 8, 2006. The parties agreed, and the Court found and held, as follows:
24      1. The defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to
25 grant the requested continuance would unreasonably deny both government and defense counsel
26 reasonable time necessary for effective preparation, taking into account the unavailability of
27 counsel and the exercise of due diligence, and would deny the defendant and the government
28 continuity of counsel.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from February 13, 2006 to March 8, 2006, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

5. Accordingly, and with the consent of the defendant, the Court ordered that the period from February 13, 2006 to March 8, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

4. The Court scheduled a new hearing date of March 8, 2006 at 2:15 p.m., before the Honorable Charles R. Breyer.

IT IS SO STIPULATED.

DATED: _____      /S/
TRACIE L. BROWN
Assistant United States Attorney

DATED: _____      /S/
STEVEN KALAR
Attorney for TYESHIA BORELA

**IT IS SO ORDERED.**

DATED: 2-27-06

Maria Elena James

THE HON. ~~JOSEPH C. SPERO~~
United States Magistrate Judge

2