IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TYESHIA BORELA,<br><br>    Defendant. | No. CR 06-00069 CRB<br><br>[PROPOSED] STIPULATED ORDER RE: CONTINUING INITIAL APPEARANCE<br><br>**Current Hearing Date:** Wednesday, March 8, 2006 at 2:15 pm<br><br>**Proposed Hearing Date:** Wednesday, March ~~15~~ 22, 2006 at 2:15 pm |

    Defendant Tyeshia Borela is currently scheduled for her initial appearance before this Court on Wednesday, March 8, 2006 at 2:15. In this stipulated order defense counsel represents that he will be out of the office on that date, and unavailable for that appearance.

    AFPD Kalar therefore requests that the matter be continued for one week, to Wednesday, March 15, 2006 at 2:15 pm. AUSA Tracy Brown has no objection to this continuance.

    The parties jointly recommend that time be excluded under the Speedy Trial Act until March 15, 2006 for continuity of counsel. The Court also notes that Ms. Borela is out of custody.

    Therefore, for good cause shown Ms. Borela's initial appearance on March 8 is vacated. The matter shall be added to the Court's calendar on March ~~15~~ 22, 2006 for initial appearance and trial

*Borela*, CR 06-0069 CRB
ORD. CONT. INITIAL APPEARANCE

setting. Time shall be excluded under the Speedy Trial Act for continuity of counsel.

IT IS SO ORDERED.

March 06, 2006
DATED                              CHARLES R. BREYER
                                   United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

I hereby attest that I have on file all holograph signatures for any "conformed" signature (/S/) within this e-filed document.

IT IS SO STIPULATED.

_____           _____/S/_____
DATED                              KEVIN V. RYAN
                                   United States Attorney
                                   Northern District of California
                                   TRACIE L. BROWN
                                   Assistant United States Attorney

_____           _____/S/_____
DATED                              BARRY J. PORTMAN
                                   Federal Public Defender
                                   Northern District of California
                                   STEVEN G. KALAR
                                   Assistant Federal Public Defender

*Borela*, CR 06-0069 CRB
ORD. CONT. INITIAL APPEARANCE                  2