KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 184339)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-6917
    Facsimile:  (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-0069 CRB |
|     Plaintiff, ) | [~~PROPOSED~~] ORDER AND STIPULATION EXCLUDING TIME FROM MARCH 22, 2006 TO JUNE 14, 2006 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
|     v. ) | |
| TYESHIA BORELA, ) | |
|     Defendant. ) | |

    The parties appeared before the Honorable Charles R. Breyer on March 22, 2006 and April 19, 2006. With the agreement of the parties, and with the consent of the defendant, the Court enters this order (1) scheduling a change of plea hearing on June 14, 2006; and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from March 22, 2006 to June 14, 2006. The parties agreed, and the Court found and held, as follows:

    1. The defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny both government and defense counsel reasonable time necessary for effective preparation, taking into account the unavailability of counsel, the defendant's medical condition, the need to finalize the proposed plea agreement, and the exercise of due diligence, and would deny the defendant and the government continuity of

STIP & PROP. ORDER
06-00069 CRB

1  counsel.

2      2. Given these circumstances, the Court found that the ends of justice served by

3  excluding the period from March 22, 2006 to June 14, 2006, outweigh the best interest of the

4  public and the defendant in a speedy trial.  Id. § 3161(h)(8)(A).

5      5. Accordingly, and with the consent of the defendant, the Court ordered that the period

6  from March 22, 2006 to June 14, 2006 be excluded from Speedy Trial Act calculations under 18

7  U.S.C. § 3161(h)(8)(A) & (B)(iv).

8      4. The Court scheduled a new change of plea hearing on June 14, 2006 at 2:15 p.m.,

9  before the Honorable Charles R. Breyer.

10      IT IS SO STIPULATED.

11

12  DATED: _____         /S/
                                          TRACIE L. BROWN
                                          Assistant United States Attorney

13

14

15  DATED: _____         /S/
                                          STEVEN KALAR
                                          Attorney for TYESHIA BORELA

16  **IT IS SO ORDERED.**

17

18  DATED:  June 8, 2006
                                          THE HON. CHARLES R. BREYER
19                                        United States District Judge



STIP & PROP. ORDER
06-00069 CRB                              2