IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>   v.<br><br>TYESHIA BORELA,<br><br>             Defendant. | No. CR 06-00069 CRB<br><br>[PROPOSED] STIPULATED ORDER RE: CONTINUING SELF-SURRENDER DATE<br><br>**Current Self-Surrender Date:** Friday, October 20, 2006 by 5:00 pm<br><br>**Proposed Hearing Date:** Friday, January 26, 2007 by 5:00 pm |

      In an amended Order of Judgment and Commitment defendant Tyeshia Borela was ordered to self-surrender on Friday, October 20, 2006 to serve a one-month custodial sentence. Undersigned counsel recently learned that the Bureau of Prisons did not receive this amended order, and Ms. Borela has not been designated.

      Accordingly, defense counsel requests that Ms. Borela's self-surrender be continued until Friday, January 26, 2007 by 3:00 pm. Ms. Borela's supervisor at work has approved that date, and will keep her employment open for the defendant if she serves her sentence at that time.

      Ms. Borela continues to be supervised by Pretrial Services, and no problems have been reported on her supervision.

*Borela*, CR 06-0069 CRB
ORD. RE: SELF-SURRENDER

1  The government has no objection to this requested continuance of the self-surrender date.

2  Therefore, for good cause shown Ms. Borela's self-surrender date of October 20, 2006 is

3  vacated. Ms. Borela is ordered to surrender at the designated Bureau of Prison's facility, or to the

4  United States Marshal, by 3:00 pm on Friday, January 26, 2007.

6  IT IS SO ORDERED.

   October 19, 2006
8  _____
   DATED                    CHARLES R. BREYER
                            United States District Court

10  IT IS SO STIPULATED.

11  _____        _____/s_____
    DATED                    KEVIN V. RYAN
12                           United States Attorney
                             Northern District of California
13                           TRACIE L. BROWN
                             Assistant United States Attorney

16  _____        _____/s_____
    DATED                    BARRY J. PORTMAN
                             Federal Public Defender
17                           Northern District of California
                             STEVEN G. KALAR
18                           Assistant Federal Public Defender

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

*Borela*, CR 06-0069 CRB
ORD. RE: SELF-SURRENDER                2