IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-06-0069 CRB |
| Plaintiff, | [PROPOSED] ORDER CONTINUING SELF-SURRENDER DATE |
| vs. | |
| TYESHIA BORELA, | |
| Defendant. | |

    Ms. Borela is schedule to self surrender on Friday, January 26, 2007.  Ms Borela is currently suffering from a medical condition that has required her hospitalization.

    Ms. Borelas' treating physician has recommended that she be given time to recuperate before beginning her custodial term.

    Therefore, for good cause shown the self surrender date shall be continued for six weeks to Monday, March 12, 2007 by 3pm.  The United States Marshal is ordered to inform the Bureau of Prisons of the delay of the self-surrender date.

IT IS SO ORDERED.

DATED:  Jan. 31, 2007

_____
CHARLES R. BREYER
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*

1